# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, an Individual,<br><br>　　　　　　　　　　　　Plaintiffs,<br>　vs.<br>BRUCE E. BIRD, JR. d.b.a. RUSTIC 101; CARMEN B. BARNARD d.b.a. RUSTIC 101; 101 SOLANA BEACH CORPORATION; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 06CV2232 WQH (AJB)<br><br>ORDER DISMISSING CASE IN ITS ENTIRETY |

HAYES, Judge:

　　On March 23, 2006, the parties filed a joint motion to dismiss this case in its entirety. (Doc. # 9). Accordingly, and pursuant to the joint motion, this case is hereby DISMISSED in its entirety and with prejudice.

　　**IT IS SO ORDERED**.

DATED: March 26, 2007

　　　　　　　　　　　　　　　　　　　　　　　/s/ William Q. Hayes
　　　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28